CR96C⊗ AO 470 (Rev. 12/03) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

### EASTERN District of VIRGINIA

FILED IN OPEN COURT
MAR 13 2026
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| UNITED STATES OF AMERICA | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|
| v.<br>Kenya Mitchell Chapman<br>*Defendant* | Case No. 2:26mj74 |

Upon motion of the __United States__, detention hearing is set for __3/17/26__ * at __2:30 pm__
　　　　　　　　　　　　　　　　　　　　　Date　　　　　　　　　　　　Time

before __United States Magistrate Judge__
　　　　　　　Name of Judicial Officer

__Norfolk, Virginia__
Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal) _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Other Custodial Official

Date: __3/13/26__　　　　　　　　　　　　　　　　　　　　　　　__/s/__
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Judge

　　If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

　　A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.